UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| ALEXIS KARLE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Cause No.: 3:14-CV-30058-MAP |
| | ) | |
| SOUTHWEST CREDIT SYSTEMS, ET AL. Company, | ) ) ) | |
| | ) | |
| Defendant(s) | ) ) | |

## ORDER

This matter came before the court on the defendant's Notice of Automatic Stay. The court being duly advised and having reviewed the Notice, now finds that all further matters in this proceeding are stayed as a result of the defendant's bankruptcy.

April 29, 2014
Date

Michael P. Ponsor
Judge, United States District Court
District of Massachusetts

Marietto V Massillamany, 24643-49
DECA Financial Services, LLC
12175 Visionary Way
Fishers, IN 46038
(317)866-422-3222