UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS KARLE,<br><br>        Plaintiff,<br><br>    v.<br><br>SOUTHWEST CREDIT SYSTEMS; NORTHEAST UTILITIES SERVICE; DECA FINANCIAL SERVICES; EOS CCA; and CREDIT ACCEPTANCE ,<br><br>        Defendants. | Civil Action No. 3:14-cv-30058-MGM |

## DEFENDANTS' DISCOVERY STATEMENT

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, EOS CCA and Southwest Credit Systems submit this Proposed Discovery Plan.  The proposed discovery plan is identical to the prior one filed by the parties except with respect to the deadline for amendment of the pleadings.

**I.   Agenda for Initial Status Conference**

The parties have agreed to the following agenda for the status conference, which the Court currently has scheduled for **August 4, 2014** at **10:30 a.m.**

   1. Status Report

   2. Overview of the Case and Major Issues

   3. Proposed Pre-Trial Schedule and Discovery Plan

   4. Status of Settlement Discussions

**II.   Proposed Pretrial Schedule and Discovery Plan**

The Parties submit that a **10-month** discovery period is necessary.  Accordingly, the parties submit the following deadlines:

34436897v1 0959075

1. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    a. **Topics of Discovery**. Discovery, to the extent not privileged or otherwise not discoverable, is necessary as to the Defendants' alleged credit reporting and alleged debt collection efforts, including, but not limited to, any damages allegedly suffered by the plaintiff and the factual basis of the plaintiff's claims.  The parties reserve the right to conduct discovery on subjects not listed above and to object to discovery sought regarding the subjects listed above.

    b. **Electronic Discovery**. The parties considered the subject of electronic discovery and do not anticipate it being an issue in this case at this time. The parties acknowledge their obligations with respect to electronic discovery under the Federal Rules of Civil Procedure, and reserve the right to revisit this subject as necessary as the case progresses, including without limitation all provisions in the rules regarding identification and accessibility of electronic information, production of the same, and assertion of privileges and confidentiality with respect to such materials.

    c. **Initial Disclosures**. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) no later than **fourteen (14) days after the date of the scheduling conference**.

 d. **Amendment and Joinder**: Amendment of the pleadings or joinder of additional parties by: Plaintiff: **December 4, 2014**, Defendants: **October 4, 2014**.[1]

 e. **Discovery Deadline – Written**. The Parties propose that all written discovery shall be completed by **February 4, 2015**.

 f. **Discovery Deadline – Depositions**. The Parties proposed that all non-expert depositions shall be completed by **February 4, 2015**.

 g. **Expert Discovery – Disclosures**. The Parties propose that Plaintiff shall serve her expert disclosures by **February 28, 2015**.

 The Parties propose that Defendants shall serve their expert disclosures by **March 31, 2015.**

 h. **Expert Discovery – Depositions.** The parties propose that all expert depositions shall be completed by **May 31, 2015.**

 i. **Modifications to Limitations on Discovery Imposed by the Federal Rules**. The Parties do not anticipate any modifications to the limitations on discovery at this time. If the need for additional discovery arises, the Parties will request the same from the Court.

 j. **Dispositive Motions**. The Parties propose that all dispositive motions will be filed no later than **July 1, 2015**.

 k. **Settlement**. Plaintiff will submit her formal settlement offer to all Defendants pursuant to this Court's <mark>July 2, 2014</mark> order.

---

[1] Plaintiff filed a Joint Statement yesterday indicating that only EOS CCA and Southwest Credit Systems agreed to the shorter deadline for amending the pleadings. (DE #43). However, contrary to Plaintiff's representation, all Defendants agree to the shorter deadline. Plaintiff is the only party seeking a deadline of December 4, 2014 by which to amend the pleadings.

3

2. **Trial**. The Parties believe that trial will last two to three half days.

**III.     Local Rule 16.1 Certifications**

Certifications under Local Rule 16.1(d)(3) will be filed by the parties separately.

**IV.     Consent to Magistrate Judge**

The parties do not consent to a magistrate judge.

Jointly submitted,

|  | SOUTHWEST CREDIT SYSTEMS and EOS CCA<br>By its attorneys,<br><br>*/s/ Andrew M. Schneiderman*<br>Ranen S. Schechner (BBO# 655641)<br>rschechner@hinshawlaw.com<br>Andrew M. Schneiderman (BBO# 666252)<br>aschneiderman@hinshawlaw.com<br>Hinshaw & Culbertson LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109<br>617-213-7000<br>Fax: 617-213-7001 |
|---|---|

## **CERTIFICATE OF SERVICE**

I, Andrew M. Schneiderman, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). A true and accurate copy of the foregoing document to counsel of record by first class mail, postage prepaid and electronic mail as follows:

Alexis Karle
79 Thompson Street
Springfield, MA 01109

*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman

34436897v1 0959075